AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

UNITED STATES OF AMERICA

          Plaintiff,

v.

GREGORY C. DIEDRICH, et al.,

          Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-02134-GMN-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Default Judgment is entered for the United States of America, against Gregory C. Diedrich and Saginaw Financial,k in accordance with the Court's [18] Order ADOPTING in FULL the Magistrate Judge's [17] Report and Recommendation.

| | |
|---|---|
| 1/7/2021 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ D. Reich-Smith |
| | Deputy Clerk |