IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 2:19-cv-02134-GMN-VCF |
| Plaintiff, | ) |
| | ) **ORDER APPROVING STIPULATION** |
| v. | ) **TO EXTEND UNITED STATES'** |
| | ) **RESPONSE DEADLINE TO** |
| GREGORY C. DIEDRICH and | ) **GREGORY C. DIEDRICK'S MOTION** |
| SAGINAW FINANCIAL, | ) **TO RESCIND PERMANENT** |
| | ) **INJUNCTION** |
| Defendants. | ) |
| | ) |

Plaintiff, the United States of America, and Defendants, Gregory C. Diedrich and Saginaw Financial, have jointly filed a Stipulation to Extend the United States' Response Deadline to Gregory C. Diedrich's Motion to Rescind Permanent Injunction ("Stipulation").

In consideration of the Parties' Stipulation and for good cause shown, the Court ORDERS:

(1) The Stipulation is hereby approved; and

(2) The United States' deadline to respond to Gregory C. Diedrich's Motion to Rescind Permanent Injunction is extended to May 26, 2023.

IT IS SO ORDERED.

Dated: April 25, 2023

_____
Hon. Gloria M. Navarro
UNITED STATES DISTRICT JUDGE